# United States District Court



**WESTERN DISTRICT OF TEXAS**

FILED
NOV 1 7 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

DUANE SCOTT HOSEA JR.
a.k.a. "PETER WARRICK"

[address, if needed]

**CRIMINAL COMPLAINT**

CASE NUMBER: A-08-M-637

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __June 2008 and continuing until November 2008__ in __Travis__ County, in the __Western__ District of __Texas and elsewhere__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly, and willfully conspire with one or more persons to possess with intent to distribute cocaine and cocaine base, and said conspiracy involved enhanced quantities of controlled substances including 5 kilograms or more of cocaine and 50 grams or more of cocaine base

in violation of Title __21__ United States Code, Section(s) __846 & 841(a)(1)__

I further state that I am a(n) __Special Agent with the FBI__ and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof.   X  Yes  ___ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

__11/17/08__                     at   Austin, Texas
Date                                    City and State

**ROBERT PITMAN**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer

_____
Signature of Judicial Officer